NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FELIPE RIVERA-BELTRAN, AKA Felipe De Jesus Beltran <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No.    15-71342 <br><br> Agency No. A200-086-141 <br><br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2016**

Before:    WALLACE, LEAVY, and FISHER, Circuit Judges.

Felipe Rivera-Beltran, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

abuse of discretion the denial of a motion to reopen and review de novo questions

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of law.  *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

The BIA did not abuse its discretion or violate due process in concluding that the new evidence submitted with Rivera-Beltran's motion did not warrant reopening.  Contrary to Rivera-Beltran's contentions, the BIA's order indicates that it adequately considered the new evidence and sufficiently explained its decision.  *See id.* at 990-91 ("What is required is merely that [the BIA] consider the issues raised, and announce its decision in terms sufficient to enable a reviewing court to perceive that it has heard and thought and not merely reacted." (internal quotation marks omitted)).  The BIA did not err in failing to specifically address Rivera-Beltran's general statement that he is aware he has made mistakes and has "accomplished many changes in [his] life" as evidence of rehabilitation.  *See id*.

**PETITION FOR REVIEW DENIED.**

15-71342